UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **May 14, 2005**
**WRIGHT/TRINIDAD** Program,
                    Plaintiff,

-against-

FAUSTO R. RECIO-CRUZ, Individually and d/b/a
FAUSTO ESTILO BARBER SHOP a/k/a FAUSTO
AND CHARLY BARBER a/k/a FAUSTO STILO
BARBER SHOP, and FAUSTO ESTILO BARBER
SHOP a/k/a FAUSTO AND CHARLY BARBER
a/k/a FAUSTO STILO BARBER SHOP,

                    Defendants.
-----------------------------------------------------------------

**NOTICE OF DISMISSAL**
Civil Action No. CV-05-6072
HON. ISRAEL LEO GLASSER

     **PLAINTIFF, KINGVISION PAY-PER-VIEW, LTD.**, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: July 20, 2006
       Ellenville, New York

       **KINGVISION PAY-PER-VIEW LTD.**

       By: /s/  Julie Cohen Lonstein
           JULIE COHEN LONSTEIN, ESQ.
           Attorney for Plaintiff
           Bar Roll No. JL8521
           LONSTEIN LAW OFFICE, P.C.
           Office and P.O. Address
           1 Terrace Hill : P.O. Box 351
           Ellenville, NY 12428
           Telephone: (845) 647-8500
           Facsimile: (845) 647-6277
           *Our File No. 05-3-E18*

ORDERED this ___ day of _____ 2007.

**HON. ISRAEL LEO GLASSER**
**UNITED STATES DISTRICT JUDGE**

CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

James Wagner, Esq.
Law Office of Thaniel J. Beinert & Associates
155 Bay Ridge Avenue
Brooklyn, NY 11220
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 20th day of July, 2006.

/s/   Julie Cohen Lonstein
JULIE COHEN LONSTEIN

# Notices

1:05-cv-06072-ILG-MDG KingVision Pay-Per-View Ltd. v. Recio-Cruz et al

### U.S. District Court

### Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Lonstein, Julie entered on 7/20/2006 at 11:55 AM EDT and filed on 7/20/2006

**Case Name:** KingVision Pay-Per-View Ltd. v. Recio-Cruz et al
**Case Number:** 1:05-cv-6072
**Filer:** KingVision Pay-Per-View Ltd.
**Document Number:** 10

**Docket Text:**
NOTICE of Voluntary Dismissal by KingVision Pay-Per-View Ltd. *Fausto R. Recio-Cruz, et al* (Lonstein, Julie)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/20/2006] [FileNumber=2360797-0]

[e6163359aecd127edf20ac10f541ffc0357d391fb18d5c16221958478312e9ab52198
7aec9d3c196bf981ef7486b9a2b8335b5f4eaea6acfc882e687b5f13441]]

**1:05-cv-6072 Notice will be electronically mailed to:**

Julie Cohen Lonstein    Julie@signallaw.com, info@signallaw.com; nick@signallaw.com; steve@signallaw.com

**1:05-cv-6072 Notice will be delivered by other means to:**

# Lonstein Law Office, P.C.

Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

\* Wayne D. Lonstein
Julie Cohen Lonstein

Nicholas R. Cartagena

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

\* Also admitted in NJ, PA & MA

Gary R. Malman
Litigation Assistant

July 20, 2006

RECEIVED
7/15/06
Chambers of
I. Leo Glasser
U.S.D.J.

Hon. Israel Leo Glasser
Sr., Judge, U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kingvision Pay-Per-View, Ltd. v. Fausto R. Recio-Cruz, et al
Event: May 14, 2005 Trinidad/Wright Program
Our File No. 05-3-E18
CV # CV-05-6072 ILG/MDG

Dear Judge Glasser:

Enclosed herewith please find courtesy copy of the Notice of Dismissal in the above matter, which was filed ECF today.

Thanking you for your courtesies in this matter, I am

Respectfully yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL:ad
Enc.
cc: James Wagner, Esq.
Hon. Marilyn D. Go